December 30, 1983.

469 A.2d 303

Commonwealth v. Anderson, Appellant.

Submitted September 30, 1983. Sally A. Frick, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

469 A.2d 304

Commonwealth v. Atkinson, Appellant.

Submitted October 14, 1983. John A. Clay, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Beaver County Court of Common Pleas Court Judge Joseph S. Walko is affirmed.